UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 1 2 2019 ★

BROOKLYN OFFICE

----------------------------------------------------- X

JULIA I. CASTIBLANCO,

               Plaintiff,

           v.

AMERICAN AIRLINES, INC.,

               Defendant.

JUDGMENT
17-CV-5639(KAM)(RER)

----------------------------------------------------- X

     A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 29, 2019, granting Defendant American Airlines' motion to dismiss; dismissing the Amended Complaint; granting Plaintiff limited leave to amend her complaint within 30 days; and a Memorandum and Order having been filed on November 8, 2019, dismissing this action; it is

     ORDERED and ADJUDGED that Defendant American Airlines' motion to dismiss granted; and that this action is dismissed.

Dated: Brooklyn, NY
       November 12, 2019

               Douglas C. Palmer
               Clerk of Court

               By:   /s/Jalitza Poveda
                     Deputy Clerk